UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA JOHNSON,

    Plaintiff,                             Case No: 17-13864
                                            Hon. Sean F. Cox
                                            Magistrate Judge Stephanie Dawkins Davis

 -vs-

TARGET CORPORATION,
A Foreign Corporation,

    Defendant.
_____/

## **STIPULATION AND ORDER FOR DISMISSAL OF CAUSE**

        NOW COME THE PARTIES, by and through their respective counsel, and hereby stipulate and agree the above captioned matter shall be and hereby is dismissed with prejudice and without costs or attorney fees to any party.

| Robert L. Baker, P.C. | Law Office of Mark D. Willmarth |
|---|---|
| /s/ Robert L. Baker | /s/ Mark D. Willmarth |
| By:_____ | By:_____ |
| ROBERT L. BAKER (P26418) | MARK D. WILLMARTH (P27967) |
| Attorneys for Plaintiff | Attorneys for Defendant Target |
| 302 W. Main St. | 503 S. Saginaw Street, Ste. 1000 |
| Northville, MI 48167 | Flint, MI 48502 |
| (734) 455-5300, Fax: 5301 | (810) 600-4239/Fax: (810) 232-1079 |
| rlb@rbakerpc.com | mwillmarthlaw@yahoo.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA JOHNSON,

    Plaintiff,

Case No: 17-13864
Hon. Sean F. Cox
Magistrate Judge Stephanie Dawkins Davis

-vs-

TARGET CORPORATION,
A Foreign Corporation,

    Defendant.
_____/

## **ORDER FOR DISMISSAL OF CAUSE**

THE COURT, upon the reading and filing of the foregoing stipulation of the parties and being advised in the premises;

    NOW THEREFORE, IT IS SO ORDERED.

This is a final order, resolves all issues and closes the case.


Dated: February 26, 2019          s/Sean F. Cox
                                                         Sean F. Cox
                                                         U. S. District Judge